IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HAROLD HAGAR                          PLAINTIFF

VS.              CASE NO. 1:04CV00090 SWW

JO ANNE B. BARNHART, Commissioner,
Social Security Administration
DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review of the findings and recommendations, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 31st day of January, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE